```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 10 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KWAME GARNETT,

                            Plaintiff,

            -against-

UNDERCOVER OFFICER C0039 and
UNDERCOVER OFFICER C0243,

                            Defendants.
-----------------------------------------------------------X

13 CIVIL 7083 (GHW)

**JUDGMENT**

A Jury Trial before the Honorable Gregory H. Woods, United States District Judge, having begun on November 17, 2014, and at the conclusion of the trial, on November 21, 2014, the jury having rendered a verdict in favor of the plaintiff in the amount of $1.00 in nominal damages and $20,000.00 in punitive damages against defendant Undercover Officer C0039; the jury also having rendered a verdict in favor of defendant Undercover Officer C0243, it is,

**ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $20,001.00 as against defendant Undercover Officer C0039 and the complaint is dismissed as against defendant Undercover Officer C0243.

DATED: New York, New York
             December 10, 2014

                                                          RUBY J. KRAJICK

So Ordered:                                        Clerk of Court

                                                      BY:

        U.S.D.J.                                   Deputy Clerk