EXHIBIT "C"

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14685 | 3/7/2014 | 8275 |

| Job Date | Case No. |
|---|---|
| 2/26/2014 | |

| Case Name |
|---|
| Kwame Garnett vs. The City of New York |

| Payment Terms |
|---|
| Net 30, 1.5% per month on unpaid balance |

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

#4979
3/7/14

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

| | | | |
|---|---|---|---|
| Original & 2 | Expedite | 68 pages | |
| Tyrone Viruet | | | 753.10 |
| Condensed | | | |
| Original & 2 | Expedite | 98 pages | |
| Undercover Officer C0039 | | | 1,156.60 |
| Condensed | | | |
| Litigation Files (ASCII/PTX/PDF) | | | |

TOTAL DUE >>>    $1,909.70
AFTER 4/6/2014 PAY    $2,005.19

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

Tax ID: 11-2742258

*Please detach bottom portion and return with payment.*

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

Job No.      : 8275              BU ID      : Main
Case No.     :
Case Name    : Kwame Garnett vs. The City of New York

Invoice No.  : 14685             Invoice Date : 3/7/2014
Total Due    : $1,909.70
AFTER 4/6/2014 PAY $2,005.19

Remit To:  Toby Feldman, Inc.
           1 Penn Plaza, Suite 4510
           New York, NY 10119

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____