EXHIBIT "D"

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14666 | 3/6/2014 | 8267 |
| Job Date | | Case No. |
| 2/24/2014 | | |

**Case Name**

Kwame Garnett vs. The City of New York

**Payment Terms**

Net 30, 1.5% per month on unpaid balance

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

#4978
3/7/14

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

---

Original & 2        Expedite            81 pages
    Undercover Officer C0243                                              1,041.95
        Condensed
        Litigation Files (ASCII/PTX/PDF)

                                        TOTAL DUE  >>>           $1,041.95
                                        AFTER 4/5/2014 PAY       $1,094.05

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

Tax ID: 11-2742258

*Please detach bottom portion and return with payment.*

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

Job No.      : 8267            BU ID        : Main
Case No.     :
Case Name    : Kwame Garnett vs. The City of New York

Invoice No.  : 14666           Invoice Date : 3/6/2014
Total Due    : $1,041.95
AFTER 4/5/2014 PAY $1,094.05

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   Toby Feldman, Inc.
            1 Penn Plaza, Suite 4510
            New York, NY 10119