EXHIBIT "E"



**Toby Feldman, Inc.**
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990 Fax:212-268-4828

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14678 | 3/7/2014 | 8301 |
| Job Date | | Case No. |
| 2/28/2014 | | |

| Case Name |
|---|
| Kwame Garnett vs. The City of New York |

| Payment Terms |
|---|
| Net 30, 1.5% per month on unpaid balance |

| | |
|---|---|
| Original & 2        67 pages | |
|     Neftali Betances | 916.65 |
|         Condensed | |
|     Litigation Files (ASCII/PTX/PDF) | |
| | **TOTAL DUE >>>**    **$916.65** |
| | AFTER 4/6/2014  PAY    $962.48 |
| Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment. | |

Tax ID: 11-2742258

*Please detach bottom portion and return with payment.*

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

Remit To: **Toby Feldman, Inc.**
**1 Penn Plaza, Suite 4510**
**New York, NY 10119**

Job No. : 8301           BU ID       : Main
Case No. :
Case Name : Kwame Garnett vs. The City of New York

Invoice No. : 14678         Invoice Date : 3/7/2014
**Total Due** : **$916.65**
AFTER 4/6/2014 PAY $962.48

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____