UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KWAME GARNETT,

                          Plaintiff,

           -against-                                 **NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS**

UNDERCOVER OFFICER C0039 and UNDERCOVER
OFFICER C0243,
                                                                  13 Civ. 7083 (GHW) (JLC)

                        Defendants.
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the Declaration of Robert T. Perry, dated February 28, 2015, and the exhibits annexed thereto, the Memorandum of Law submitted herewith, and all prior pleadings and proceedings had herein, plaintiff Kwame Garnett will move this Court before the Honorable Gregory H. Woods at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on April 6, 2015, at 10:00 a.m., or at a time and date to be determined by the Court, for an order pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 1988 granting reasonable attorney's fees, costs and disbursements and such other and further relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that opposing papers, if any, are to be served and filed on or before March 23, 2015;

      **PLEASE TAKE FURTHER NOTICE** that plaintiff's reply papers, if any, shall be served and filed on or before March 30, 2015.

Dated: Brooklyn, New York
       February 28, 2015

                                                    /s/ Robert T. Perry
                                                    Robert T. Perry
                                                    45 Main Street, Suite 230
                                                    Brooklyn, New York 11210
                                                    (212) 219-9410
                                                    *Attorney for Plaintiff*

TO:    BY ECF AND FIRST CLASS MAIL
         Matthew J. Modafferi, *Senior Counsel*
         James F. Horton, *Assistant Corporation Counsel*
         *Attorneys for Defendants Undercover Officer C0039*
            *and Undercover Officer C0243*