**8/20/12 (Mon)**

| | |
|---|---|
| ~~9:00-9:15 p.m.:~~ | ~~Carter: Oral Argument Day~~ |
| ~~3:40-3:50 p.m.:~~ | ~~Sandford: Consult (Tel)~~ |
| ~~4:15-6:15 p.m.:~~ | ~~Seward: Consult (Tombs)~~ |
| ~~6:15-8:15 p.m.:~~ | ~~Ashuff: Crime Scene Visit~~ |
| ~~8:15-9:00 p.m.~~ | ~~Seward: Investigator Order~~ |
| ~~9:00-9:30 p.m.:~~ | ~~Seward: Trial Preparation~~ |

**8/21/12 (Tue)**

| | |
|---|---|
| ~~8:30-10:30 a.m.:~~ | ~~Ashuff: Part B (Kotler)~~ |
| ~~10:30-11:15 a.m.:~~ | ~~Mata: Part B (Kotler)~~ |
| ~~11:15-12:00 p.m.:~~ | ~~Johnson: Consult (Tombs)~~ |
| ~~12:30-1:00 p.m.:~~ | ~~Ashuff: Review Complaint~~ |
| ~~1:00-2:00 p.m.:~~ | ~~Ashuff: Letter to B~~ |
| ~~2:00-3:00 p.m.:~~ | ~~Seward: Letter to Investigator~~ |
| ~~3:00-4:00 p.m.:~~ | ~~Mata: Letter to D~~ |
| ~~4:00-4:30 p.m.:~~ | ~~Johnson: Omnibus Motions (Final)~~ |
| ~~5:00-6:00 p.m.:~~ | ~~Mata: Trial Preparation~~ |

**8/22/12 (Wed)**

| | |
|---|---|
| ~~9:00-11:30 a.m.:~~ | ~~Johnson: Consult (Tombs)~~ |
| ~~12:15-1:15 p.m.:~~ | ~~Johnson: Research (Extortion)~~ |
| ~~1:30-3:00 p.m.:~~ | ~~Jordan: Serving/Filing Motions~~ |
| ~~3:00-4:30 p.m.:~~ | ~~Johnson: Serving/Filing Motions~~ |
| ~~4:15-5:00 p.m.:~~ | ~~Sandford: Consult (ED)(Magistrate Freeman)~~ |
| <mark>5:00-5:30 p.m.:</mark> | <mark>Kwame Garnett: Consult (Tel)</mark> |
| ~~5:30-5:40 p.m.:~~ | ~~Sandford: Consult (BK)(Magistrate Freeman)~~ |
| ~~5:45-6:00 p.m.:~~ | ~~Justiniano: Review Complaint~~ |
| ~~6:30-7:00 p.m.:~~ | ~~Minor: Reply Affirmation~~ |
| ~~7:10-7:15 p.m.:~~ | ~~SmithKeith: Review File~~ |
| ~~7:30-8:30 p.m.:~~ | ~~Sandford: Preparation for Teleconference~~ |

**8/23/12 (Thu)**

| | |
|---|---|
| ~~8:30-10:30 a.m.:~~ | ~~Justiniano: Part B (Kotler)(ACD - Short AM)~~ |
| ~~11:30-12:15 p.m.:~~ | ~~Justiniano: Closing Letter to D~~ |
| ~~12:15-12:20 p.m.:~~ | ~~SmithKeith: BCF Filing Diougenis Servic~~ |
| ~~12:55-1:00 p.m.:~~ | ~~Minor: Phone Call re Marcos Pagan (VM)~~ |
| ~~1:15-2:15 p.m.:~~ | ~~Sandford: Preparation for Teleconference~~ |
| ~~2:30-3:10 p.m.:~~ | ~~Sandford: Teleconference with Magistrate~~ |
| ~~5:00-7:00 p.m.:~~ | ~~Barnshill: Consult (Tombs)~~ |
| ~~7:30-8:15 p.m.:~~ | ~~Sandford: email (Jose Vargas)~~ |

**8/24/12 (Fri)**

| | |
|---|---|
| ~~8:50-8:55 a.m.:~~ | ~~Sandford: email to Max~~ |
| ~~10:00-11:15 a.m.:~~ | ~~Prazo: Part C (Mandelbaum)~~ |
| ~~11:30-12:30 p.m.:~~ | ~~Dix: Review Complaint~~ |
| ~~2:00-3:00 p.m.:~~ | ~~Dix: Review~~ |
| ~~4:30-4:30 p.m.:~~ | ~~Scrow: Consult (BK)~~ |
| ~~4:30-5:00 p.m.:~~ | ~~Caraballo: Settlement Checks~~ |
| ~~5:30-5:40 p.m.:~~ | ~~SmithKeith: BCF Cheng, Rodriguez~~ |

**8/25/12 (Sat)**

~~3:00-4:00 p.m.:~~ ~~Seward: Trial Preparation~~
~~4:00-4:10 p.m.:~~ ~~JohnsonMark: WebCrims~~
~~5:00-6:00 p.m.:~~ ~~ATRA?~~

**8/26/12 (Sun)**

~~4:00-2:30 p.m.:~~ ~~Dix: Review Complaint~~
~~4:00-5:00 p.m.:~~ ~~Sorow: Draft Joint Letter to Judge Cogan~~
~~5:15-5:45 p.m.:~~ ~~Sorow: Fax to Elisa Jacobs~~
~~5:45-5:50 p.m.:~~ ~~Sorow: Voice Mail for EJ~~

**8/27/12 (Mon)**

~~11:00-11:30 a.m.:~~ ~~Burns: Part A (Boyar) (ACD)~~
~~11:30-12:00 p.m.:~~ ~~Gon Thomas: Part A (Boyar) (PTC + TS)~~
~~12:00-12:30 p.m.:~~ ~~Maldonado: Part A (Boyar) (PTC – 20 days)~~
~~12:30-1:00 p.m.:~~ ~~Woods: Part A (Boyar)~~
~~2:30-2:45 p.m.:~~ ~~JohnsonMark: Room 130 (Ebony Butler)~~
~~2:45-3:00 p.m.:~~ ~~Barnhill: Consult (Family)~~
~~3:00-3:30 p.m.:~~ ~~Harvey: Part B (Whiton) (GP 220.03 – 15 days)~~
~~4:55-5:00 p.m.:~~ ~~Stanley: Consult (VM)~~
~~5:00-5:10 p.m.:~~ ~~JohnsonMark: Consult (Tel)~~
~~5:15-6:15 p.m.:~~ ~~Woods: Trial Preparation~~
~~6:16-6:45 p.m.:~~ ~~Sandford: Consult (Tel)~~
~~6:45-7:15 p.m.:~~ ~~Sorow: Draft Joint Letter to Judge Cogan~~
~~7:15-8:15 p.m.:~~ ~~Seward: Trial Preparation~~

**8/28/12 (Tue)**

~~9:30-11:40 a.m.:~~ ~~Seward: Part C (Kotler)~~
~~1:30-2:00 p.m.:~~ ~~Woods: Review Criminal History~~
~~2:00-2:45 p.m.:~~ ~~Woods: Consult (Tamara Stephens)~~
~~3:30-3:15 p.m.:~~ ~~Sorow: HHC Policy~~
~~3:15-4:00 p.m.:~~ ~~SmithKeith: Consult (Office) (Releases)(Meds)(CCRB)~~
~~4:30-4:45 p.m.:~~ ~~Sorow: Draft Joint Letter to Judge Cogan~~
~~5:00-5:30 p.m.:~~ ~~SmithKeith: City Releases (Notary, Letter, Copies, Envelope)~~
~~5:30-5:45 p.m.:~~ ~~SmithKeith: Letter to FDNY/EMS~~
~~6:00-6:45 p.m.:~~ ~~Sorow: First Amended Complaint~~

**8/29/12 (Wed)**

~~4:10-5:20 p.m.:~~ ~~Dix: Consult (Tel)~~
~~5:20-5:30 p.m.:~~ ~~Dix: email (Godfrey)~~
~~4:30-3:35 p.m.:~~ ~~Stanley: Bellevue Appointment~~
~~4:00-4:20 p.m.:~~ ~~Sandford: Hours Chart~~
~~4:20-4:40 p.m.:~~ ~~HughesNyema: Consult (Tel) (CCRB)~~
~~5:00-6:15 p.m.:~~ ~~Sandford: Hours Chart~~
~~6:15-6:30 p.m.:~~ ~~Solow: Courtesy Copy Amended Complaint~~
~~6:30-9:00 p.m.:~~ ~~Johnson: Crime Scene Visit~~

**8/30/12 (Thu)**

~~8:45-10:15 a.m.:~~ ~~Sandford: Hours Chart~~
~~10:30-12:15 p.m.:~~ ~~Cordero: Crime Scene Visit~~

272

6:15-7:45 p.m.:          Kwame Garnett: Consult (Office)

**8/31/12 (Fri)**

**9/1/12 (Sat)**

**9/2/12 (Sun)**

**9/3/12 (Mon)**

**9/4/12 (Tue)**

273

6:15-6:30 p.m.:    GarnettKwame: FOIL Letter to NYPD
6:30-6:45 p.m.:    GarnettKwame: FOIL Letter to NYSupCt
6:45-7:00 p.m.:    GarnettKwame: Macron Search

**Wed (9/5/12)**

4:00-4:10 p.m.:    GarnettKwame: Consult (Mark Mcron)
4:10-4:20 p.m.:    GarnettKwame: Consult (Sade)

**Thu (9/6/12)**

**Fri (9/7/12)**

274

## Thu (9/13/12)

## Fri (9/14/12)

## Sat (9/15/12)

## Sun (9/16/12)

## Mon (9/17/12)

## Tue (9/18/12)

8:45-9:00 a.m.:     KwameGarnett: Money Order (Court File)

**Sat (9/29/12)**

5:30-6:15 p.m.:  KwameGarnett: Notice of Claim

**Sun (9/30/12)**

**Mon (10/1/12)**

**Tue (10/2/12)**

2:20-2:50 p.m.:  GarnettKwame: Notice of Claim

**Wed (10/3/12)**

1:00-2:00 p.m.:  GarnettKwame: Filing Notice of Claim

#### Thu (10/4/12)

#### Fri (10/5/12)

#### Sat (10/6/12)

#### Sun (10/7/12)

| | |
|---|---|
| 1:00-1:30 p.m.: | GarnettKwame: Letter to KG (Notice of Claim, Supreme Court Records) |

#### Mon (10/8/12)

