EXHIBIT "C"

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990 Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14685 | 3/7/2014 | 8275 |
| **Job Date** | **Case No.** | |
| 2/26/2014 | | |
| **Case Name** | | |
| Kwame Garnett vs. The City of New York | | |
| **Payment Terms** | | |
| Net 30, 1.5% per month on unpaid balance | | |

#4979
3/7/14

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

| | | | | |
|---|---|---|---|---|
| Original & 2 | Expedite | 68 pages | | |
| | Tyrone Viruet | | | 753.10 |
| | Condensed | | | |
| Original & 2 | Expedite | 98 pages | | |
| | Undercover Officer C0039 | | | 1,156.60 |
| | Condensed | | | |
| | Litigation Files (ASCII/PTX/PDF) | | | |

**TOTAL DUE >>>** $1,909.70
AFTER 4/6/2014 PAY $2,005.19

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

**Tax ID:** 11-2742258

---

*Please detach bottom portion and return with payment.*

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

Job No.      : 8275          BU ID      : Main
Case No.     :
Case Name    : Kwame Garnett vs. The City of New York

Invoice No.  : 14685          Invoice Date  : 3/7/2014
**Total Due   :  $1,909.70**
AFTER 4/6/2014 PAY $2,005.19

Remit To:   **Toby Feldman, Inc.**
            **1 Penn Plaza, Suite 4510**
            **New York, NY 10119**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature: