EXHIBIT "D"

# INVOICE

TOBY FELDMAN, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

#4978
3/7/14

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14666 | 3/6/2014 | 8267 |
| Job Date | | Case No. |
| 2/24/2014 | | |
| Case Name | | |
| Kwame Garnett vs. The City of New York | | |
| Payment Terms | | |
| Net 30, 1.5% per month on unpaid balance | | |

Original & 2    Expedite         81 pages
   Undercover Officer C0243                                                    1,041.95
       Condensed
       Litigation Files (ASCII/PTX/PDF)

                                            TOTAL DUE >>>        $1,041.95
                                            AFTER 4/5/2014 PAY    $1,094.05

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

Tax ID: 11-2742258

*Please detach bottom portion and return with payment.*

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

Job No.     : 8267         BU ID     : Main
Case No.    :
Case Name   : Kwame Garnett vs. The City of New York

Invoice No. : 14666        Invoice Date : 3/6/2014
Total Due   : $1,041.95
AFTER 4/5/2014 PAY $1,094.05

Remit To:  Toby Feldman, Inc.
           1 Penn Plaza, Suite 4510
           New York, NY 10119

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____