EXHIBIT "E"


| | INVOICE | | |
|---|---|---|---|
| **Invoice No.** | **Invoice Date** | **Job No.** | |
| 14678 | 3/7/2014 | 8301 | |
| **Job Date** | **Case No.** | | |
| 2/28/2014 | | | |
| **Case Name** | | | |
| Kwame Garnett vs. The City of New York | | | |
| **Payment Terms** | | | |
| Net 30, 1.5% per month on unpaid balance | | | |

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990   Fax:212-268-4828

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

Original & 2           67 pages
   Neftali Betances                                                          916.65
       Condensed
   Litigation Files (ASCII/PTX/PDF)

TOTAL DUE >>>                $916.65
AFTER 4/6/2014  PAY          $962.48

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

Tax ID: 11-2742258

*Please detach bottom portion and return with payment.*

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

Job No.      : 8301            BU ID       : Main
Case No.     :
Case Name    : Kwame Garnett vs. The City of New York

Invoice No.  : 14678           Invoice Date : 3/7/2014
**Total Due** : **$916.65**
AFTER 4/6/2014 PAY $962.48

Remit To:   **Toby Feldman, Inc.**
            **1 Penn Plaza, Suite 4510**
            **New York, NY 10119**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                        Card Security Code:
Amount to Charge:
Cardholder's Signature: