EXHIBIT "F"

# INVOICE

Toby Feldman, Inc.
1 Penn Plaza, Suite 4510
New York, NY 10119
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14685 | 3/7/2014 | 8275 |
| **Job Date** | **Case No.** | |
| 2/26/2014 | | |

*#4979*
*3/7/14*

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

| **Case Name** | |
|---|---|
| Kwame Garnett vs. The City of New York | |

| **Payment Terms** | |
|---|---|
| Net 30, 1.5% per month on unpaid balance | |

| | | | | |
|---|---|---|---|---|
| Original & 2 | Expedite | 68 pages | | |
| | Tyrone Viruet | | | 753.10 |
| | Condensed | | | |
| Original & 2 | Expedite | 98 pages | | |
| | Undercover Officer C0039 | | | 1,156.60 |
| | Condensed | | | |
| | Litigation Files (ASCII/PTX/PDF) | | | |

| | | |
|---|---|---|
| **TOTAL DUE >>>** | | **$1,909.70** |
| AFTER 4/6/2014 PAY | | $2,005.19 |

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

**Tax ID:** 11-2742258

---

*Please detach bottom portion and return with payment.*

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

| | | | | |
|---|---|---|---|---|
| Job No. | : 8275 | | BU ID | : Main |
| Case No. | : | | | |
| Case Name | : Kwame Garnett vs. The City of New York | | | |
| Invoice No. | : 14685 | | Invoice Date | : 3/7/2014 |
| **Total Due** | : **$1,909.70** | | | |
| AFTER 4/6/2014 PAY | $2,005.19 | | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Toby Feldman, Inc.**
**1 Penn Plaza, Suite 4510**
**New York, NY 10119**