**EXHIBIT "G"**

# INVOICE

**SOUTHERN DISTRICT REPORTERS P.C.**
ID # 13-2775946
500 Pearl St
Room 330
New York, N.Y. 10007
U.S.A.
(212) 805-0300

| | |
|---|---|
| INVOICE NO. | 0404039-IN |
| INVOICE DATE | 11/20/2014 |

PERRY. ROBERT
45 Main Street
Suite 230
BROOKLYN, NY 11201

| | |
|---|---|
| CUSTOMER NO. | 1001741 |
| WORK ORDER NO. | 150912 |
| SALESPERSON | Siwik, Christine |

Attention: Robert T Perry

---

| Job Date | KWAME GRANETT V NYC NEFTALI BETANCES CASE NO. 13CV07083 | | | | | |
|---|---|---|---|---|---|---|
| 11/18/2014 | Original | 173 | PGES | At | 4.590 | 794.07 |
| 11/19/2014 | Original | 62 | PGES | At | 4.590 | 284.58 |

PAYMENT IS DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| Net Invoice: | 1.078.65 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,078.65 |