**EXHIBIT "I"**

| | | | |
|---|---|---|---|
| | | | **INVOICE** |
| | **Invoice No.** | **Invoice Date** | **Job No.** |
| | 14666 | 3/6/2014 | 8267 |
| | **Job Date** | | **Case No.** |
| | 2/24/2014 | | |
| | **Case Name** | | |
| | Kwame Garnett vs. The City of New York | | |
| | **Payment Terms** | | |
| | Net 30, 1.5% per month on unpaid balance | | |

Toby Feldman, Inc.
450 Fashion Avenue, Suite 502
New York, NY 10123
Phone:212-244-3990  Fax:212-268-4828

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

| | | | |
|---|---|---|---|
| Original & 2    Expedite    81 pages | | | |
| Undercover Officer C0243 | 81.00 Pages  @ | 4.95 | 400.95 |
| Expedite 5-day | | | 324.00 |
| Attendance | | 125.00 | 125.00 |
| Condensed | | 57.00 | 57.00 |
| Litigation Files (ASCII/PTX/PDF) | | 87.00 | 87.00 |
| Shipping & Handling | | 48.00 | 48.00 |
| | **TOTAL DUE >>>** | | **$1,041.95** |
| | AFTER 4/5/2014  PAY | | $1,094.05 |
| Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment. | | | |
| | (-) Payments/Credits: | | 1,041.95 |
| | (+) Finance Charges/Debits: | | 52.10 |
| | (=) New Balance: | | 0.00 |

Tax ID: 11-2742258

Please detach bottom portion and return with payment.

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

Job No.       : 8267           BU ID    : Main
Case No.      :
Case Name     : Kwame Garnett vs. The City of New York

Invoice No.   : 14666          Invoice Date   : 3/6/2014
**Total Due**  : **$0.00**

Remit To:  **Toby Feldman, Inc.**
           **450 Fashion Avenue, Suite 502**
           **New York, NY 10123**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____