**EXHIBIT "J"**

# INVOICE

Toby Feldman, Inc.
450 Fashion Avenue, Suite 502
New York, NY 10123
Phone:212-244-3990  Fax:212-268-4828

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14685 | 3/7/2014 | 8275 |
| Job Date | Case No. | |
| 2/26/2014 | | |

| Case Name |
|---|
| Kwame Garnett vs. The City of New York |

| Payment Terms |
|---|
| Net 30, 1.5% per month on unpaid balance |

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY  11201

| | | | | | | |
|---|---|---|---|---|---|---|
| Original & 2 | Expedite | 68 pages | | | | |
| Tyrone Viruet | | | 68.00 Pages | @ | 4.95 | 336.60 |
| Expedite 5-day | | | | | | 272.00 |
| Attendance | | | | | 87.50 | 87.50 |
| Condensed | | | | | 57.00 | 57.00 |
| Original & 2 | Expedite | 98 pages | | | | |
| Undercover Officer C0039 | | | 98.00 Pages | @ | 4.95 | 485.10 |
| Expedite 5-day | | | | | | 392.00 |
| Attendance | | | | | 87.50 | 87.50 |
| Condensed | | | | | 57.00 | 57.00 |
| Litigation Files (ASCII/PTX/PDF) | | | | | 87.00 | 87.00 |
| Shipping & Handling | | | | | 48.00 | 48.00 |

TOTAL DUE >>>    $1,909.70
AFTER 4/6/2014 PAY    $2,005.19

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

(-) Payments/Credits:    1,909.70
(+) Finance Charges/Debits:    95.49
(=) New Balance:    0.00

**Tax ID: 11-2742258**

*Please detach bottom portion and return with payment.*

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY  11201

Job No.      : 8275           BU ID     : Main
Case No.     :
Case Name    : Kwame Garnett vs. The City of New York

Invoice No.  : 14685          Invoice Date  : 3/7/2014
**Total Due**    : **$0.00**

Remit To:   **Toby Feldman, Inc.
            450 Fashion Avenue, Suite 502
            New York, NY  10123**

PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature: