EXHIBIT "K"

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14678 | 3/7/2014 | 8301 |
| Job Date | | Case No. |
| 2/28/2014 | | |

| Case Name |
|---|
| Kwame Garnett vs. The City of New York |

| Payment Terms |
|---|
| Net 30, 1.5% per month on unpaid balance |

Toby Feldman, Inc.
450 Fashion Avenue, Suite 502
New York, NY 10123
Phone:212-244-3990  Fax:212-268-4828

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

Original & 2         67 pages
   Neftali Betances                              67.00 Pages        @        4.95        331.65
      Expedite 5-day                                                                              268.00
      Attendance                                                              125.00              125.00
      Condensed                                                                57.00               57.00
      Litigation Files (ASCII/PTX/PDF)                                         87.00               87.00
      Shipping & Handling                                                      48.00               48.00

      TOTAL DUE >>>                                                                            $916.65
      AFTER 4/6/2014  PAY                                                                      $962.48

Invoice cannot be adjusted after 30 days from the original date & is not contingent upon client payment.

      (-) Payments/Credits:                                                                      916.65
      (+) Finance Charges/Debits:                                                                 45.83
      (=) New Balance:                                                                             0.00

**Tax ID: 11-2742258**

*Please detach bottom portion and return with payment.*

Robert Perry, Esq.
Law Offices of Robert T. Perry
45 Main Street
Suite 230
Brooklyn, NY 11201

Job No.        : 8301              BU ID       : Main
Case No.       :
Case Name      : Kwame Garnett vs. The City of New York

Invoice No.    : 14678             Invoice Date : 3/7/2014
**Total Due**  : **$0.00**

Remit To:   **Toby Feldman, Inc.**
          **450 Fashion Avenue, Suite 502**
          **New York, NY 10123**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____